AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

SEBASTIAN HERNANDEZ-HERNANDEZ (2)

**WAIVER OF INDICTMENT**

08CR1523-IEG

CASE NUMBER: 08mj1390por

I, SEBASTIAN HERNANDEZ-HERNANDEZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 5/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before
Judicial Officer

ORIGINAL